UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-307-BO

| UNITED STATES OF AMERICA | ORDER FOR JOINT MOTION FOR SENTENCING HEARING AT TIME OF ARRAIGNMENT |
|---|---|
| v. | |
| JAMES HOWARD CAMPBELL, JR. | |

The Joint Motion for Sentencing Hearing at time of Arraignment is hereby allowed.

This case is hereby set for January 22nd term Arraignment and Sentencing.

SO ORDERED.

This ___ day of December, 2013.

TERRENCE W. BOYLE
United States District Court Judge